OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O.BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015.

8/3/2015
**ORTIZ, OSCAR ORLANDO**   Tr. Ct. No. 1150848-A          WR-81,487-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

OSCAR ORLANDO ORTIZ